## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:09-cv-291 |
| v. § | |
| § | JURY TRIAL DEMANDED |
| YAHOO!, INC. and § | |
| GOOGLE, INC., § | |
| § | |
| Defendants. | |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 8, 2009                                    Respectfully submitted,

                                                        By: /s/ Danny L. Williams
                                                        Danny L. Williams
                                                        Texas State Bar No. 21518050
                                                        WILLIAMS, MORGAN & AMERSON, P.C.
                                                        10333 Richmond, Suite 1100
                                                        Houston, Texas 77042
                                                        Telephone: (713)934-7000
                                                        Facsimile: (713) 934-7011
                                                        E-mail: danny@wmalaw.com