**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ALOFT MEDIA, LLC, § § **Plaintiff,** § § **v.** § § YAHOO!, INC. and § GOOGLE, INC., § § **Defendants.** | § **Civil Action No. 6:09-cv-291** § § **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Matthew R. Rodgers, of Williams, Morgan & Amerson, P.C., is entering an appearance in this matter for Plaintiff Aloft Media, LLC for the purpose of receiving notices and orders from the Court.

DATED: July 8, 2009 Respectfully submitted,

 By: /s/ Matthew R. Rodgers
 Matthew R. Rodgers
 Texas State Bar No. 24041802
 WILLIAMS, MORGAN & AMERSON, P.C.
 10333 Richmond, Suite 1100
 Houston, Texas 77042
 Telephone: (713)934-7000
 Facsimile: (713) 934-7011
 E-mail: mrodgers@wmalaw.com