IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALOFT MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:09-cv-291 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| YAHOO!, INC. and | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Aloft Media, LLC, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Matthew C. Harris
Texas State Bar No. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75601
(903) 757-8449 (phone)
(903) 758-7397 (fax)
mch@emafirm.com

1

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
Matthew C. Harris
Texas State Bar No. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
aab@emafirm.com
mch@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
jw@jwfirm.com

*Counsel for Aloft Media, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 31st day of July, 2009.

_____
Matthew C. Harris

2