UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:09-CV-291 |
| YAHOO!, INC., ET AL. | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the settlement agreement reached between them, Aloft Media LLC ("Aloft") and Yahoo! Inc. ("Yahoo!") jointly move to dismiss all claims by Aloft against Yahoo! with prejudice, and all claims by Yahoo! against Aloft without prejudice, with each party bearing its own costs and fees. Nothing in this dismissal shall be construed as a license, release, or discharge of, any claim Aloft has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Dated this 13th day of August, 2009.

Respectfully submitted,

ALOFT MEDIA LLC

By its Attorneys

_(signature)_
Eric M. Albritton
Texas State Bar No. 00790215
Adam A. Biggs
Texas State Bar No. 24051753
Matthew C. Harris
Texas State Bar No. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
aab@emafirm.com
mch@emafirm.com

*Attorneys for Plaintiff*
Aloft Media, LLC


YAHOO! INC.

By its Attorneys

/s/ Michael A. Jacobs (by permission Otis Carroll)
Michael A. Jacobs (mjacobs@mofo.com)
Lead Attorney
Brooks Beard (bbeard@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Otis Carroll
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
fedserv@icklaw.com

*Attorneys for Defendant*
Yahoo!, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 13th day of August, 2009

_____
Eric M. Albritton