# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA LLC, | ) |
|                   Plaintiff, | ) |
| vs. | ) Case No. 6:09-CV-291 |
| YAHOO!, INC., ET AL. | ) |
|                   Defendants. | ) |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Aloft Media, LLC ("Aloft") and Yahoo! Inc. ("Yahoo!"). In accordance with the terms of the settlement agreement between Aloft and Yahoo!, all claims by Aloft against Yahoo! are hereby dismissed with prejudice and all claims by Yahoo! against Aloft are hereby dismissed without prejudice, with each party bearing its own costs and attorneys' fees. Nothing in this dismissal shall be construed as a license, release, or discharge of, any claim Aloft has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

**So ORDERED and SIGNED this 17th day of August, 2009.**



                **LEONARD DAVIS**
                **UNITED STATES DISTRICT JUDGE**