# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALOFT MEDIA LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YAHOO!, INC., ET AL. )<br>)<br>)<br>Defendants. )<br>) | Case No. 6:09-CV-291 |

## ORDER OF DISMISSAL

The Court grants the joint motion to dismiss filed by Aloft Media, LLC ("Aloft Media") and Google Inc. ("Google"). All claims brought by Aloft Media LLC are dismissed with prejudice, and all claims, counterclaims and defenses made by Google Inc. are dismissed without prejudice. Google shall retain its ability to assert all defenses and/or claims in the event of any further litigation. Each party is to bear its own costs and attorney fees.

**So ORDERED and SIGNED this 21st day of September, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**